# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| GREGORY FLECK, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:18-CV-325-JDK |
| JDJ INVESTMENTS, INCORPORATED, D/B/A CREDIT BUREAU SERVICES, | § § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

The Court having considered the case and rendered its decision by opinion issued on March 8, 2019, it is hereby:

**ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** the above-captioned case.

So **ORDERED** and **SIGNED** this **8th** day of **March, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE